UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | Court of Appeals Docket No. _____ |
| ) |  |
| ) | Docket Number(s) of Court of Appeals Companion and/or Cross Appeals (if known) _____ |
| ) | District Court Docket No. _____ |
| ) | Date Transcript(s) Filed _____ |

CERTIFICATE OF RECORD

    In accordance with Rule 11-2 of the Local Rules of the U.S. Court of Appeals for the Ninth Circuit, YOU ARE HEREBY NOTIFIED that all documents which comprise the Clerk's Record on Appeal (pleadings, exhibits, and other papers filed and the reporter's transcript(s), if any, are available to parties in the District Court Clerk's Office.  Please be advised that the Clerk's Record is held in the Clerk's Office of the division of the District Court in which the case was filed.  All cases filed in Los Angeles (Western Division) are located in Room G-8 at 312 N. Spring Street, Los Angeles, CA, 90012; cases filed in Riverside (Eastern Division) are located in Room 134, 3470 Twelfth Street, Riverside, CA 92501; and cases filed in Santa Ana (Southern Division) are located in Room 1053 at the Ronald Reagan Federal Bldg. and U.S. Courthouse, 411 W. Fourth St., Santa Ana, CA 92701.

    The briefing schedule, which has already been set by the U.S. Court of Appeals Time Schedule Order, remains in effect.  If you have not been informed of the dates for filing briefs, you must immediately contact the U.S. Court of Appeals at 95 Seventh Street, San Francisco, CA, 94119-3939.

CLERK, U. S. DISTRICT COURT

_____      By _____
Date                                                     Deputy Clerk

*NOTE: The case number includes the designation of the division it is filed in:*
    *CV / CR designates cases filed in Los Angeles (Western Division);*
    *SACV / SACR designates cases filed in Santa Ana (Southern Division); and*
    *EDCV / EDCR designates cases filed in Riverside (Eastern Division)*

cc: Counsel of Record

A-3 (6/01)                  CERTIFICATE OF RECORD - U.S.D.C.