## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814



U.S. District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012

RE:     USA vs.
USDC No.:  2:12-MJ-00052-CKD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated February 23, 2012 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

    Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**March 1, 2012**    /s/ **L. Reader**

    Deputy Clerk

RECEIVED BY:    DONNAMARIE LUENGO

    Please Print Name

DATE RECEIVED:    3-16-12

NEW CASE NUMBER:    CR 04-621 SVW

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| JOHN NOSTER | Case No. 2:12-mj-00052-CKD |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 2:12-mj-00052-CKD | CR04-00621-SVW | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment ☐ Information ☐ Complaint ✔ Other (specify) Violation

charging a violation of    18    U.S.C. § 3583(e)(3)

**DISTRICT OF OFFENSE**
Central District of California

**DESCRIPTION OF CHARGES:**

Willfully and unlawfully contacted and communicated with a minor, and attempted to contact and communicate with a minor, when he knew and should reasonably have known that said person was a minor, with intent to commit an offense.

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☑ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☑ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?   ☒ No   ☐ Yes   Language:

**DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/23/12
Date                                          United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

8. Commitment to Another District.wpd

---

*Stamp:* FILED FEB 23 2012 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

*Stamp:* I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office. ATTEST: VICTORIA C. MINOR Clerk, U.S. District Court Eastern District of California By _____ Deputy Clerk Dated MAR - 1 2012

U.S. District Court
Eastern District of California - Live System (Sacramento)
CRIMINAL DOCKET FOR CASE #: 2:12-mj-00052-CKD-1
Internal Use Only

Case title: USA v. Noster

Date Filed: 02/23/2012
Date Terminated: 02/23/2012

Assigned to: Magistrate Judge Carolyn K. Delaney

**Defendant (1)**

**John Leon Noster, III**
*TERMINATED: 02/23/2012*

represented by **Caro Marks**
Office of the Federal Defender
801 I Street
3rd Floor
Sacramento, CA 95814
(916) 498-5706 x228
Fax: (916) 498-5710
Email: caro_marks@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

I hereby certify that the annexed Instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk U.S. District Court
Eastern District of California
By_____ Deputy Clerk
MAR -1 2012

**Highest Offense Level (Terminated)**

None

**Complaints**

RULE 5 (c)(3)

**Disposition**

**Plaintiff**

**USA**

represented by **Daniel Stoddard McConkie, Jr.**
United States Attorney's Office
501 I. Street
Suite 10-100
Sacramento, CA 95814

Fax: (916) 554-2900
Email: daniel.mcconkie@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2012 |  | RULE 5(c)(3) ARREST as to defendant John Leon Noster, III (1). (Marciel, M) (Entered: 02/23/2012) |
| 02/23/2012 | 1 | MINUTES (Text Only) for proceedings held before Magistrate Judge Carolyn K. Delaney: INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS as to John Leon Noster, III held on 2/23/2012. Federal Defender Caro Marks appointed for John Leon Noster, III. Defendant advised of his rights and charges. ID hearing waived. Government moved for detention based on danger. Defense submitted. Court ordered the defendant detained as a danger to the community and transported forthwith to the Central District of California. Government Counsel Daniel McConkie present. Defense Counsel Caro Marks present. Custody Status: present/in custody. Court Reporter/CD Number: Jonathan Anderson/ECRO. (Owen, K) (Entered: 02/23/2012) |
| 02/23/2012 | 2 | COMMITMENT to ANOTHER DISTRICT signed by Magistrate Judge Carolyn K. Delaney on 2/23/2012 as to John Leon Noster, III. Defendant committed to the Central District of California CR04-621 SVW. (Reader, L) (Entered: 02/27/2012) |
| 03/01/2012 | 3 | TRANSMITTAL of DOCUMENTS on *2/23/2012* to * U.S. District Court* *Central District of California* *312 North Spring Street* *Los Angeles, CA 90012*. *Electronic Documents: 1 to 3. *. (Reader, L) (Entered: 03/01/2012) |