# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>JOHN LEON NOSTER, III<br>DEFENDANT(S). | CASE NUMBER:<br>CR 04-621 - SVW<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 3/9/12   08:00   ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☑   No ☐
3. Charges under which defendant has been booked:
   18 USC 3583 SUPERVISED RELEASE VIOLATION
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1965
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: DUTY OFFICER   Time: 08:00   AM / PM
14. Remarks (if any): _____

15. Date: 3/9/12
16. Name: LINDA K. FARRAR (Please Print)
17. Agency: U.S. MARSHALS SERVICE
18. Signature: /s/ Linda K. Farrar
19. Office Phone Number: 213-894-0909

FILED 2012 MAR -9 AM 10:16 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION