

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE # 04-CR-00621

15  UNITED STATES OF AMERICA,       )
16          Plaintiff,               )   ORDER OF DETENTION AFTER
                                     )   HEARING (Fed.R.Crim.P. 32.1(a)(6)
17      v.                           )   Allegations of Violations of Probation
                                     )   Supervised Release)
18  John Nosker                      )   Conditions of Release)
                                     )
19                                   )
          Defendant.                 )
20

On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will

reasonably assure:

(A)  ( ✓ )  the appearance of defendant as required; and/or

(B)  ( ✓ )  the safety of any person or the community.

//
//

1   The court concludes:
2   A. ✓( )   Defendant poses a risk to the safety of other persons or the community
3           because defendant has not demonstrated by clear and convincing
4           evidence that: nature of violence
5   _____
6   _____
7   _____
8   _____

10  (B)  (✓)  Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12  _____
13  _____
14  _____
15  _____

17      IT IS ORDERED that defendant be detained.

19  DATED:  3/9/12

             _____
             STEPHEN J. HILLMAN
             UNITED STATES MAGISTRATE JUDGE

2