PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
APR - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S.A. VS. JOHN LEON NOSTER, III

Docket No. CR04-00621-SVW

### Petition on Probation and Supervised Release (Dismissal of Petition)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JOHN LEON NOSTER, III who was placed on supervision by the Honorable STEPHEN V. WILSON sitting in the Court at Los Angeles, California, on the 20th day of August, 2007 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 15, 2012, the Sacramento County District Attorney's Office dismissed the seven-count complaint against Mr. Noster. This complaint was the basis for the allegations in our petition dated September 8, 2011.

**PRAYING THAT THE COURT WILL ORDER** the petition dated September 8, 2011, be dismissed, proceedings be terminated, and John Leon Noster III be released forthwith.

ORDER OF COURT

Considered and ordered this 2nd day of April, 2012 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
STEPHEN V. WILSON

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on April 02, 2012

_____
RANDY ORLOW
U. S. Probation Officer

Place: Woodland Hills, California