FILED
U.S. DISTRICT COURT
FEB 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES PROBATION OFFICE
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR04-00621-SVW |
| vs. | | |
| JOHN LEON NOSTER, III | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   JOHN LEON NOSTER, III

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):   [ ] Complaint   [ ] Indictment

[ ] Information   [ ] Order of Court   [x] Violation Petition   [ ] Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18   United States Code, Section(s) 3583(e)(3)

| Terry Nafisi | 9/8/11 – Los Angeles, CA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: Stephen V. Wilson |
| [signature] | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED                                NAME OF ARRESTING OFFICER

DATE OF ARREST     ARRESTED ON: 2-23-12     TITLE
                   WITHIN Eastern District of CA.
                   BY: United States Marshall

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO                        SIGNATURE OF ARRESTING OFFICER

---

**WARRANT FOR ARREST**

CR-12 (07/04)                                                            PAGE 1 of 2